1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SOROKA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTENDED STAY, INC., a Delaware corporation; HVM L.L.C. d/b/a EXTENDED STAY HOTELS, a Delaware corporation<br><br>Defendants. | Case No. 2:10-CV-02883-WBS-KJM<br><br>**ORDER RESCHEDULING HEARING DATE AND EXTENDING BRIEFING SCHEDULE (L.R. 143)**<br><br><br>Courtroom of the Honorable William B. Shubb, United States Senior District Court Judge<br><br>Courtroom 5, 14th Floor<br>501 I Street<br>Sacramento, CA 95814 |

**[ORDER**

IT IS HEREBY ORDERED THAT the hearing on HVM L.L.C.'s Motion to Dismiss Plaintiff's First Amended Class Action Complaint is rescheduled to January 31, 2011, at 2:00 p.m., or as soon thereafter as counsel may be heard, in Courtroom 5, 14th Floor of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, CA 95814.

IT IS HEREBY ORDERED THAT Plaintiff's opposition to HVM L.L.C.'s Motion to Dismiss Plaintiff's First Amended Class Action Complaint is due on January 11, 2011.

IT IS HEREBY ORDERED THAT HVM L.L.C.'s reply to Plaintiff's opposition to HVM L.L.C.'s Motion to Dismiss Plaintiff's First Amended Class Action Complaint is due on January 18, 2011.

IT IS SO ORDERED.

DATED: December 27, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE