1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SOROKA, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>EXTENDED STAY, INC., a Delaware corporation; HVM L.L.C. d/b/a EXTENDED STAY HOTELS, a Delaware corporation<br><br>           Defendants. | Case No. 2:10-CV-02883-WBS-CMK (TEMP)<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO FILE DEFENDANT HVM L.L.C.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS (L.R. 143)**<br><br>Courtroom of the Honorable William B. Shubb, United States Senior District Court Judge<br><br>Courtroom 5, 14th Floor<br>501 I Street<br>Sacramento, CA 95814 |

**ORDER**

IT IS HEREBY ORDERED THAT HVM L.L.C.'s Reply to Plaintiff's Opposition to HVM L.L.C.'s Motion to Dismiss Plaintiff's First Amended Class Action Complaint is due on January 20, 2011.

IT IS SO ORDERED.

DATED: January 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE