1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SOROKA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>EXTENDED STAY, INC., a Delaware corporation; HVM L.L.C. d/b/a EXTENDED STAY HOTELS, a Delaware corporation,<br><br>    Defendants. | Case No.  2:10-CV-02883-WBS-CMK (TEMP)<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br><br>Honorable William B. Shubb<br><br>Magistrate Judge Hon. Craig M.  Kellison |

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the parties' Joint Stipulation to Amend Scheduling Order is hereby approved and it is ordered that the Scheduling Order is amended as follows:

Deadline to re-file Motion for Summary Judgment:  July 11, 2011;

Deadline to file Opposition to Motion for Summary Judgment:  September 6, 2011;

Deadline to file Reply in Support of Motion of Summary Judgment:  September 26, 2011;

Hearing on Motion for Summary Judgment:  October 3, 2011;

Deadline to file Motion for Class Certification:  October 17, 2011;

Deadline to file Opposition (if no expert testimony):  November 16, 2011;

Deadline to file Reply:  December 7, 2011;

Deadline to disclose experts and produce expert reports:  December 12, 2011;

Deadline to disclose rebuttal experts and produce rebuttal expert reports:  January 9, 2012;

Deadline to complete all discovery and for hearing motions to compel:  March 30, 2012;

Deadline for filing all motions:  Same (April 9, 2012);

Final pretrial conference:  Same (June 25, 2012); and

Trial:  Same (August 21, 2012).

**IT IS SO ORDERED.**

DATED: June 15, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE